**Fill in this information to identify the case:**

Debtor 1     Jeannette Garcia

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number 2311827

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:**
Wells Fargo Bank, N.A.

**Court claim no.** (if known): 2

**Date of payment change:**
Must be at least 21 days after date
of this notice

12/01/2023

**New total payment:**
Principal, interest, and escrow, if any

$ 912.08

**Last 4 digits** of any number you use to
identify the debtor's account:

0  7  9  5

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ _____      New escrow payment: $ _____

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____ %      New interest rate: _____ %

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

| Part 3: | Other Payment Change |
|---|---|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change:
   Payment change resulting from a decrease in premium for Mortgage Insurance.

   Current mortgage payment: $ 914.69      New mortgage payment: $ 912.08

Official Form 410S1      **Notice of Mortgage Payment Change**      page 1

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Angela M. Mills-Fowler

Signature

Date   10/25/2023

Print: FOWLER,ANGELA M. MILLS

First Name     Middle Name     Last Name

VP Loan Documentation

Title

Company   Wells Fargo Bank, N.A.

Address   MAC N9286-01Y

Number     Street

P.O. Box 1629

Address 2

Minneapolis     MN     55440-9790

City     State     ZIP Code

Contact phone   800-274-7025

NoticeOfPaymentChangeInquiries@wellsfargo.com

Email

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

Chapter  13  No. 2311827

Judge:  Ashely M. Chan

In re:

Jeannette Garcia

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before October 26, 2023 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:                    By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Jeannette Garcia
7048 Hegerman Street

Philadelphia PA 19135

By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A

Debtor's Attorney:         By Court's CM/ECF system registered email address

ZACHARY PERLICK

1420 Walnut Street Suite 718

Philadelphia PA 19102

By Court's CM/ECF system registered email address

N/A

Trustee:                   By Court's CM/ECF system registered email address

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813

Philadelphia PA 19107

/s/Angela M. Mills-Fowler

VP Loan Documentation

Wells Fargo Bank, N.A.